**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL DEAVENPORT, )<br>)<br>        Plaintiff, )<br>)<br>    v. )<br>)<br>GEORGE VALVERDE, et al., )<br>)<br>        Defendants. )<br>_____) | No. CV 10-3837-DSF(CW)<br><br>JUDGMENT |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: 5/24/11

                                                                DALE S. FISCHER<br>                                          United States District Judge